# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter 13 |
| | : | |
| KEVIN HARTZAG, | : | Bankruptcy No. 07-13250DWS |
| | : | |
| Debtor. | : | |

# ORDER

**AND NOW**, this 31st day of July 2007 Debtor's counsel Michael Kutzer, Esquire ("Kutzer") having failed to file the Disclosure of Attorney Compensation ("Disclosure") notwithstanding notice of that deficiency provided on June 24, 2007 and a filing extension to comply until July 5, 2007;

**And** while documentary deficiencies require dismissal of the case, to do so would prejudice the Debtor who has no complicity for Kutzer's failure;

**And** the Disclosure being a document necessary for the Court to monitor the appropriateness of the attorney's charging of fees for his services;

**And** an examination of Kutzer's filings since June 4, 2007 indicates that he has either failed to file or has sought extensions to file the Disclosure in 27 of the 32 cases he has filed during this period;

It is hereby **ORDERED** that Kutzer shall forthwith file the Disclosure and shall appear and show cause on **August 13, 2007 at 9:30 a.m.** in Courtroom #3 why he failed to do so in a timely manner. Kutzer shall also explain why he has failed to file the Disclosure

in case nos. 07-11853SR, 07-11981SR, 07-13244BIF, 07-13339DWS, 07-13365ELF, 07-13438SR, 07-13628BIF, 07-13919BIF, 07-13924ELF, 07-13940DWS, 07-14242BIF.[1]

*Diane W. Sig*[signature]

DIANE WEISS SIGMUND
Chief U.S. Bankruptcy Judge

cc: Judge Bruce Fox
Judge Stephen Raslavich
Judge Eric Frank
Judge Richard Fehling
Judge Jean FitzSimon

---

[1] In none of these cases was an extension sought, not is there really a basis to need an extension to file a Rule 2016 disclosure.